DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11 CR 00131 GEB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | |
| MARK ALLEN CLINE, | |
| Defendant | |

The parties agree that time beginning November 18, 2011 and extending through January 27, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

More time is needed to thoroughly review all discovery from the Government by a qualified expert, which has now been arranged. Counsel for defendant has also been in two trials since October 14, 2011. Also, a plea agreement has been prepared based on this discovery, which is being negotiated with the AUSA.

STIP AND ORDER TO EXTEND TIME - 1

1  The parties further request that this matter be taken off the November 18, 2011, calendar
2  and be rescheduled to January 27, 2012 at 9:00 a.m..

Respectfully submitted,

Date:  11-16-11                                          By:  /s/ Danny D. Brace, Jr.,
                                                         DANNY D. BRACE, JR.,
                                                         Attorney for
                                                         Mark Allen Cline


Date:  11-16-11                                          By:/s/ Kyle Reardon
                                                         Authorized to sign for Mr. Reardon
                                                         On November 16, 2011
                                                         KYLE REARDON
                                                         Assistant U.S. Attorney


**IT IS SO ORDERED:**

**11/17/11**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIP AND ORDER TO EXTEND TIME - 2