DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK ALLEN CLINE,<br><br>    Defendant | Case No.: 2:11 CR 00131 GEB<br>**AMENDED**<br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning March 23, 2012 and extending through April 27, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to thoroughly review all discovery from the Government by a qualified expert in child pornography.  The parties further request that this matter be taken off the March 23, 2012 calendar and be rescheduled to April 27, 2012 at 9:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:   3-20-12                                           By:  /s/ Danny D. Brace, Jr.,
                                                          DANNY D. BRACE, JR.,
                                                          Attorney for
                                                          Mark Allen Cline


Date:   3-20-12                                           By:/s/ Kyle Reardon
                                                          Authorized to sign for Mr. Reardon
                                                          On March 20, 2012
                                                          KYLE REARDON
                                                          Assistant U.S. Attorney


**IT IS SO ORDERED.**

**Date: 3/20/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge