DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ALLEN CLINE,<br><br>Defendant | Case No.: 2:11 CR 00131 GEB<br><br>**AMENDED** STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning May 18, 2012 and extending through July 20, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

Further time is needed to prepare additional documents for submission to the court regarding the hiring of an expert witness.  The parties further request that this matter be taken off the May 18, 2012 calendar and be rescheduled to July 20, 2012 at 9:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date: 5-16-12 By: /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Mark Allen Cline


Date: 5-16-12 By:/s/ Kyle Reardon
Authorized to sign for Mr. Reardon
On May 16, 2012
KYLE REARDON
Assistant U.S. Attorney


**IT IS SO ORDERED:**

**Date: 5/16/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIP AND ORDER TO EXTEND TIME - 2