BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALLEN CLINE,<br><br>Defendant. | CASE NO. 2:11-CR-00131 GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 21, 2012, UNTIL NOVEMBER 30, 2012** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2012.

2. By this stipulation, the defendant now moves to continue the status conference until November 30, 2012, and to exclude time between September 21, 2012, and November 30, 2012 under Local Code T4.

3. The parties agree and stipulate, and request that the Court

find the following:

    a. The government has represented that the discovery associated with this case includes several hundred pages of discovery. Included with this discovery is a significant amount of computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b. Counsel for defendant has petitioned the Court for approval to retain an expert computer forensic analyst. This request has been approved by the Court and is pending with the Ninth Circuit. The additional time is sought in order to permit the defense forensic expert to perform his analysis of the defendant's computer evidence.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2012 to November 30, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 21, 2012          Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:
                                   */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney


Dated: September 21, 2012          */s/ Kyle Reardon* for
                                   DAN BRACE
                                   Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARK ALLEN CLINE,<br><br>　　　　　　Defendant. | CASE NO. 2:11-CR-00131 GEB<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 21, 2012, UNTIL NOVEMBER 30, 2012** |

The parties' stipulation is approved and so ordered. The time beginning September 21, 2012, until November 30, 2012, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**Date: 9/21/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge